# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
IAP Worldwide Services, Inc. ) ASBCA No. 60065
)
Under Contract No. W912ER-10-C-0046 )

APPEARANCES FOR THE APPELLANT: J. Alex Ward, Esq.
Ethan E. Marsh, Esq.
Rachael K. Plymale, Esq.
  Morrison & Foerster LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas J. Warren, Esq.
  Acting Engineer Chief Trial Attorney
James D. Stephens, Esq.
Edward J. McNaughton, Esq.
Pietro O. Mistretta, Esq.
  Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 March 2018

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60065, Appeal of IAP Worldwide Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2